# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| CHARLES GRIGSON, LISA HOING, and DAVID KELLY, Individually and on behalf of all putative class members, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 1:17-cv-00088-LY |
| FARMERS GROUP, INC., a Nevada corporation, | § § § § | |
| Defendant. | § § § | |

## PLAINTIFFS' RESPONSE TO MICHAEL J. WOODS'S PLEA IN INTERVENTION

COME NOW, Plaintiffs Charles Grigson, Lisa Hoing, and David Kelly ("Plaintiffs"), who file this Response to the Michael J. Woods's Plea in Intervention that was filed *pro se* with the Court on July 3, 2019. (Dkt. No. 136.)

Based on a review of Mr. Woods's filing, it appears that he is not seeking to formally "intervene" as that term is used in Federal Rule of Civil Procedure 24, but rather wishes that his voice be heard in requesting the Court "certify a Class (or Classes) to protect all FA2 policyholders" which would include Mr. Woods. (Dkt. No. 136, at 9.) Intervention is not required under Rule 24 to participate in this case as a class member.

Accordingly, Plaintiffs suggest that the Court at this time deny Mr. Woods's "intervention" to the extent his pleading seeks formal intervention in the case pursuant to Rule 24, and instead construe Mr. Woods's pleading as an amicus in support of class certification in the case.

1

Dated: July 10, 2019                    Respectfully submitted,

/s/ *John R. Davis*
Michael L. Slack (TX Bar 18476800)
John R. Davis (TX Bar 24099518)
SLACK DAVIS SANGER, LLP
2705 Bee Cave Road, Suite 220
Austin, TX 78746
Tel.: 512-795-8686
Fax: 512-795-8787
mslack@slackdavis.com
jdavis@slackdavis.com

Joe K. Longley (TX Bar 00000114)
LAW OFFICES OF JOE K. LONGLEY
3305 Northland Drive, Suite 500
Austin, TX 78731
Tel.: 512-477-4444
Fax: 512-477-4470
joe@joelongley.com

Roger N. Heller (CA Bar 215348) (*pro hac vice*)
Jonathan Selbin (NY Bar 3948684) (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel.: 415-956-1000
Fax: 415-956-1008
rheller@lchb.com
jselbin@lchb.com
mlamy@lchb.com

*Attorneys for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record. In addition, I hereby certify that I will perfect consented-to email service upon Mr. Woods *pro se* on July 10, 2019.

/s/ *John R. Davis*