IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CHARLES GRIGSON, LISA HOING, and DAVID KELLY, Individually and on behalf of all putative class members,<br><br>    Plaintiffs,<br><br>v.<br><br>FARMERS GROUP, INC.,<br>a Nevada corporation,<br><br>    Defendant. | Civil Action No. 1:17-cv-00088-LY |

## JOINT STATUS REPORT REGARDING SETTLEMENT

COME NOW, Plaintiffs Charles Grigson, Lisa Hoing, and David Kelly ("Plainitffs") and Defendant Farmers Group, Inc. ("FGI") (collectively "the Parties"), who jointly file this Notice regarding the status of settlement of the case in response to the Court's Order. (Dkt. No. 166.)

The Parties have reached an agreement in principle regarding monetary class relief (subject to resolution of the remaining terms and conditions of settlement), that provides for a sum certain payment distributed directly to a settlement class without requiring a claims process.

The Parties are diligently working toward agreement regarding the remaining settlement issues and would propose that the Parties provide a further joint update no later than September 26, 2019. The Parties agree that the hearing on class certification set for September 18, 2019, can be rescheduled to a later date.

Dated: September 12, 2019                    Respectfully submitted,

| | |
|---|---|
|   /s/ John R. Davis<br>Michael L. Slack (TX Bar 18476800)<br>John R. Davis (TX Bar 24099518)<br>SLACK DAVIS SANGER, LLP<br>2705 Bee Cave Road, Suite 220<br>Austin, TX 78746<br>Tel.: 512-795-8686<br>Fax: 512-795-8787<br>mslack@slackdavis.com<br>jdavis@slackdavis.com<br><br>Joe K. Longley (TX Bar No. 00000114)<br>LAW OFFICES OF JOE K. LONGLEY<br>3305 Northland Dr. Suite 500<br>Austin, Texas 78731<br>Tel.: 512-477-4444<br>Fax: 512-477-4470<br>joe@joelongley.com<br><br>Roger N. Heller (CA Bar 215348) (pro hac vice)<br>Jonathan D. Selbin (NY Bar 3948684) (pro hac vice)<br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Tel.: 415-956-1000<br>Fax: 415-956-1008<br>rheller@lchb.com<br>jselbin@lchb.com<br><br>COUNSEL FOR PLAINTIFFS | /s/ M. Scott Incerto<br>M. Scott Incerto (State Bar No. 10388950 )<br>Adam T. Schramek (State Bar No. 24033045)<br>James I. Hughes (State Bar No. 24074453)<br>Norton Rose Fulbright US LLP<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, Texas 78701<br>Tel: 512.474.5201<br>Fax: 512.536.4598<br>scott.incerto@nortonrosefulbright.com<br>adam.schramek@nortonrosefulbright.com<br>james.hughes@nortonrosefulbright.com<br><br>Peter H. Mason (pro hac vice)<br>Cristina C. Longoria (pro hac vice)<br>Norton Rose Fulbright US LLP<br>555 South Flower Street<br>Forty-First Floor<br>Los Angeles, CA 90071<br>Tel: 213.892.9200<br>Fax: 512.892-9494<br>peter.mason@nortonrosefulbright.com<br>cristina.longoria@nortonrosefulbright.com<br><br>COUNSEL FOR DEFENDANT |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                          /s/ *John R. Davis*