# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| CHARLES GRIGSON, LISA HOING, and DAVID KELLY, Individually and on behalf of all putative class members, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 1:17-cv-00088-LY |
| FARMERS GROUP, INC., a Nevada corporation, | § § § § | |
| Defendant. | § § | |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXCESS PAGES

COME NOW, Plaintiffs Charles Grigson, Lisa Hoing, and David Kelly ("Plaintiffs") who file this Unopposed Motion for Excess Pages for Plaintiffs' Motion for Preliminary Settlement Approval. Plaintiffs are of the position that extra pages are necessary to explain fully the proposed settlement reached in the above-captioned matter, the context behind such settlement, and the reasons preliminary approval should be granted. Defendant Farmers Group, Inc. ("Farmers") does not oppose the Motion. Plaintiffs request twenty-five (25) pages exclusive of case caption and signature blocks.

Dated:  December 11, 2019						Respectfully submitted,


							/s/ *John R. Davis*
							Michael L. Slack (TX Bar 18476800)
							John R. Davis (TX Bar 24099518)
							SLACK DAVIS SANGER, LLP
							6001 Bold Ruler Way, Suite 100
							Austin, TX 78746
							Tel.: 512-795-8686
							Fax: 512-795-8787
							mslack@slackdavis.com
							jdavis@slackdavis.com

							Joe K. Longley (TX Bar 00000114)
							LAW OFFICES OF JOE K. LONGLEY
							3305 Northland Drive, Suite 500
							Austin, TX 78731
							Tel.: 512-477-4444
							Fax: 512-477-4470
							joe@joelongley.com

							Roger N. Heller (CA Bar 215348) (*pro hac vice*)
							Jonathan Selbin (NY Bar 3948684) (*pro hac vice*)
							LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
							275 Battery Street, 29th Floor
							San Francisco, CA 94111
							Tel.: 415-956-1000
							Fax: 415-956-1008
							rheller@lchb.com
							jselbin@lchb.com

							*Attorneys for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *John R. Davis*

## CERTIFICATE OF CONFERENCE

The undersigned counsel certifies that he conferred in with opposing counsel and that Farmers does not oppose the relief sought in this Motion.

/s/ *John R. Davis*