IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHARLES GRIGSON AND ROBERT VALE, INDIVIDUALLY AND ON BEHALF OF ALL PUTATIVE CLASS MEMBERS,<br>    PLAINTIFFS,<br>V.<br><br>FARMERS GROUP, INC.,<br>    DEFENDANT. | §§§§§§§§§§ | CAUSE NO. 1:17-CV-88-LY |

## ORDER

Before the court is the above-referenced cause. On December 16, 2019, the court rendered an Order Granting Preliminarily Approval of Class Action Settlement and Direction of Notice Under Rule 23(e) (Doc. #178). In light of the preliminary approval of the class-action settlement in this cause,

**IT IS ORDERED** that Plaintiffs' Motion for Class Certification filed March 12, 2019 (Doc. #118); Defendant's Motion to Exclude Expert Testimony and Strike the Affidavit of Michael Averill filed May 20, 2019 (Doc. #126); and Plaintiffs' Motion to Exclude Expert Testimony and Strike the Declaration and Report of Dr. James A. Roberts filed July 18, 2019 (Doc. #148) are **DISMISSED WITHOUT PREJUDICE**.

SIGNED this _30th_ day of January, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE