IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHARLES GRIGSON, LISA HOING, and DAVID KELLY, Individually and on behalf of all putative class members, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 1:17-cv-00088-LY |
| FARMERS GROUP, INC., a Nevada corporation, | § § § § | |
| Defendant. | § § § | |

**DEFENDANT'S NOTICE OF COMPLIANCE**

Defendant Farmers Group, Inc. hereby notifies the Court that it complied with the notification requirements of the Class Action Fairness Act, 28 U.S.C. §1715, by serving notice of the proposed class action settlement in the above-captioned matter to the appropriate state and federal officials on December 20, 2019.

Dated: January 30, 2020                    Respectfully submitted,

*/s/ Scott Incerto*

NORTON ROSE FULBRIGHT US LLP

M. Scott Incerto
Texas Bar No. 10388950
scott.incerto@nortonrosefulbright.com
Adam Schramek
Texas bar No. 24033045
adam.schramek@nortonrosefulbright.com
James Hughes
Texas Bar No. 24074453
james.hughes@nortonrosefulbright.com

1

       98 San Jacinto Boulevard, Suite 1100
       Austin, Texas 78701
       Telephone:  (512) 474-5201
       Facsimile:   (512) 536-4598

          Peter H. Mason (admitted *pro hac*)
          California Bar No. 10388950
          peter.mason@nortonrosefulbright.com
          Cristina Longoria
          Texas Bar No. 24070165
          cristina.longoria@nortonrosefulbright.com

       555 South Flower Street, Forty-First Floor
       Los Angeles, California 90071
       Telephone:  (213) 892-9200
       Facsimile:   (213 892-9494

       ATTORNEYS FOR DEFENDANT
       FARMERS GROUP, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

          */s/ Scott Incerto*
          Scott Incerto