Bobby & Jeanette Thompson
119 Starlight Dr
Whitewright, Tex
75491-7194    phone
            9729226899

We were with Farmers for many years and our representitive sold us to another insurance. We chose USAA Because Bobby was a VietNam Veteran

Bobby & Jeanette Thompson
119 Starlight Dr
Whitewright, Tex
75491-7194

RECEIVED
APR 17 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

The Court
Attn: Case No. 1:17-CV-00088-LY
US District Court, Western District of Texas
501 West Fifth Street Suite 1100
Austin, Tex 78701

Please let us know when you get the resulres
            Thank you

Settlement Administrator
Farmers Texas Class Settlement
P.O. Box 270
Minneapolis, MN
        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

Bobby & Jeanette Thompson
119 Starlight Dr
Whitewright, Tex
75491

SCREENED BY C_____ 7194
APR 17 2020

RECEIVED
APR 17 2020
CLERK U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

78701₹3812
78701-381275

NORTH TEXAS TX PDC
DALLAS TX 750
15 APR 2020 PM 5

FOREVER / USA

To The Court
Attn: Case No. 1:17-CV-000-88-LY
US District Court, Western
District of Texas
501 West Fifth Street
Austin, Tex, Suite 1100
78701