IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CHARLES GRIGSON, LISA HOING, and DAVID KELLY, Individually and on behalf of all putative class members,<br><br>Plaintiffs,<br><br>V.<br><br>FARMERS GROUP, INC., a Nevada corporation,<br><br>Defendant. | § § § § § § § § § § § § § § Civil Action No. 1:17-CV-00088-LY |

## ORDER REGARDING COURT OPERATIONS FOR MAY 22, 2020 FINAL FAIRNESS HEARING

In its preliminary approval order, the court scheduled a final Fairness Hearing for May 22, 2020, at 9:30 a.m., for the proposed class action settlement in the above-captioned matter. (*See* Clerk's Doc. # 178)

Due to the COVID-19 pandemic, access to the courthouse is limited throughout the month of June. *See* Supplemental Order Regarding Court Operations Under the Exigent Circumstances Created by the COVID-19 Pandemic and Order Extending Order Relating to the Entry into the United States Courthouse Austin, Texas [https://www.txwd.uscourts.gov/coronavirus-covid-19-guidance], it is hereby ORDERED that:

The Fairness Hearing will be held remotely using ZOOM (link below).  The Fairness Hearing will be held at the previously scheduled time, Friday, May 22, 2020 at 9:30 a.m. Central Time. Attendees should Zoom-in or dial-in by no later than 9:00 a.m. to make sure the start of the hearing is not delayed.

- o   ZOOM link for Fairness Hearing: https://www.zoomgov.com/j/1608589818

Class members who filed a timely objection will be provided an opportunity to speak.

For those who cannot attend using ZOOM, you may attend by telephone instead. The telephone dial-in information is:

- Telephone information for Fairness Hearing:
    - Dial (669) 254-5252 or (646) 828-7666
    - Meeting ID: 160 858 9818

For questions relating to technical issues, please contact Samantha Oakes, Courtroom Deputy, at Samantha_Oakes@txwd.uscourts.gov or 512-391-8702.

SIGNED this 12th day of May, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE